**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER DENYING MOTION FOR REHEARING

Appellate case name:      *In the Interest of J.M.G., a Child*

Appellate case number:   01-17-00690-CV

Trial court case number:  16FD3374

Trial court:                    County Court at Law No. 2 of Galveston County

      The motion for rehearing is **denied**. All other pending motions are **dismissed**.


      It is so **ORDERED**.


Judge's signature: ___/s/ Peter Kelly___
                ☐ Acting individually    ☒ Acting for the Court

Panel consists of Justices Lloyd, Kelly, and Hightower.

Date: __August 20, 2019__